UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:20-cv-00375<br><br>**NOTICE OF RELATED CASE** |

There are two related cases to the current action. Information about the related cases is listed below.

### I.   CASE ONE

*The Highlands North Condominium Association v. Allied Insurance Company of America, et al.*, Cause No. 2:19-cv-01660-RAJ, is a related case to the current action. The presiding judge in this related case is the Honorable Richard A. Jones. The parties in this related case are Plaintiff The Highlands North Condominium Association ("Plaintiff") and Defendants Allied Insurance Company of America, Nationwide Mutual Insurance Company, and AMCO Insurance Company (collectively, hereinafter referred to as "Defendants"). This action was filed on October 16, 2019 and is the earliest filed action.

NOTICE OF RELATED CASE - 1
(NO. 2:20-cv-00375)

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

## II.     CASE TWO

*The Highlands North Condominium Association v. State Farm Fire & Casualty Company, et al.*, Cause No. 2:20-cv-00255-MAT, is a related case to the current action. The presiding judge in this related case is the Honorable Mary Alice Theiler. The parties in this related case are Plaintiff The Highlands North Condominium Association ("Plaintiff") and Defendant State Farm Fire & Casualty Company ("State Farm"). This action was filed on February 19, 2020.

## III.     GENERAL STATEMENT

Both cases involve the same Plaintiff The Highlands North Condominium Association, and involve insurance coverage actions for the cost of repairing hidden damage at the Highlands North Condominium complex.

DATED this 9th day of March, 2020.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
*/s/ Colin R. Crug*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Colin R. Crug, WSBA 52743
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
         justin@condodefects.com
         dstein@condodefects.com
         colin@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*

NOTICE OF RELATED CASE - 2
(NO. 2:20-cv-00375)

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660