Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO.  2:20-cv-00375-BJR<br><br>PLAINTIFF THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff The Highlands North Condominium Association makes the following disclosures:

1. Parent Corporation. Plaintiff is a non-profit Washington corporation. Plaintiff has no parent corporation.

2. Publicly Held Corporation. No publicly held corporation owns ten (10) percent or more of Plaintiff's stock.

///

///

///

///

PLAINTIFF THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT (NO. 2:20-cv-00375-BJR) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

DATED this 17th day of March, 2020.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
*/s/ Colin R. Crug*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Colin R. Crug, WSBA 52743
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
justin@condodefects.com
dstein@condodefects.com
colin@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*