THE HONORABLE BARBARA J. ROTHSTEIN
Trial Date: 07/12/2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:20-cv-00375-BJR<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES |

This matter having come on for hearing before the Honorable Barbara J. Rothstein, it is hereby ORDERED that the parties' Joint Motion to Extend the Discovery and Dispositive Motions Deadlines is GRANTED.  The following deadlines are extended as follows:

| Event | New Date |
|---|---|
| Discovery completed by | March 3, 2021 |
| All dispositive motions must be filed by | April 2, 2021 |

ORDER GRANTING JOINT MOTION TO
EXTEND THE DISCOVERY AND
DISPOSITIVE MOTIONS DEADLINES (Cause
No. 2:20-cv-00375-BJR) – 1



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 14th day of December, 2020.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

By: _s/ Alfred E. Donohue_
    Alfred E. Donohue, WSBA #32774
    WILSON SMITH COCHRAN DICKERSON
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    Phone: (206) 623-4100
    Fax: (206) 623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant

Approved as to form;
notice of presentation waived:

By:_s/Daniel Stein_
    Daniel Stein, WSBA No. 48739
    Justin D. Sudweeks, WSBA No. 28755
    Jerry H. Stein, WSBA No. 27721
    Jessica R. Burns, WSBA No. 49852
    Colin Crug, WSBA No. 52743
    STEIN, SUDWEEKS & STEIN
    2701 1st Avenue, Suite 430
    Seattle, WA 98121
    Phone: (206) 388-0660
    Fax: (206) 286-2660
    Email: dstein@condodefects.com
          justin@condodefects.com
          JStein@condodefects.com
          Jessica@condodefects.com
          colin@condodefects.com
    Of Attorneys for Plaintiff

ORDER GRANTING JOINT MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES (Cause No. 2:20-cv-00375-BJR) – 2



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273