THE HONORABLE BARBARA J. ROTHSTEIN
Trial Date: 07/12/2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:20-cv-00375-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

//

//

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:20-cv-00375-BJR) – 1

DATED this 11th day of February, 2021.

By: *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
Of Attorneys for Defendants

DATED this 11th day of February, 2021.

By: *s/Justin Sudweeks*
Justin Sudweeks, WSBA No. 28755
STEIN, SUDWEEKS & STEIN
2701 1st Avenue, Suite 430
Seattle, WA 98121
Phone: (206) 388-0660
Fax: (206) 286-2660
Email: justin@condodefects.com
Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:20-cv-00375-BJR) – 2

**ORDER OF DISMISSAL**

Based on the above stipulation (Dkt. No. 15), IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 18th day of February, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge